U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

AUG 27 2014

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

| | | |
|---|---|---|
| **LILLIE BENTON** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **Civil Action No.** 14 - 1047 |
| | § | |
| **LARRY MONTGOMERY JR. and** | § | |
| **BENNETT MOTOR EXPRESS, LLC** | § | |
| **Defendants** | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** LILLIE BENTON, Plaintiff by and through her attorneys of record, FLINT & SOYARS, P.C., complaining of Defendants LARRY MONTGOMERY, JR. and BENNETT MOTOR EXPRESS, LLC, and for purposes of her Complaint would respectfully show the Court and Jury as follows:

1.      Plaintiff LILLIE BENTON. is a resident of 1411 E. Wagner Street, El Dorado, Arkansas.

2.      Defendant LARRY MONTGOMERY, JR. is a resident of Elizabethton, Tennessee and may be served with process at his residence, same being located at 113 Mill Pond Rd., Elizabethton, Tennessee.

3.      Defendant BENNETT MOTOR EXPRESS, LLC is an intrastate carrier doing business in 1603 Mill Street, Rock Island, IL. Service of process may be made on this defendant through its registered agent, Don A. Smith, Smith, Maurras, Cohen, Redd & Horan, PLC, 1120 Garrison Avenue #200, Fort Smith, Arkansas 72901.

4.        Upon proper service of the Defendants this Court has jurisdiction and venue is proper.

5.        Plaintiff LILLIE BENTON brings this suit to recover for personal injuries and damages sustained by her in an automobile accident when her vehicle was struck from behind by a Defendant LARRY MONTGOMERY, JR an employee of BENNETT MOTOR EXPRESS, LLC. Said accident was proximately caused by Defendant's negligence.

6.        On or about February 9, 2012, Plaintiff LILLIE BENTON was traveling westbound on W. Markham St. in Little Rock, Arkansas in the inside left turn lane where she proceeded to make the left turn southbound on S. University Ave. Defendant LARRY MONTGOMERY, JR. while working as a driver for BENNETT MOTOR EXPRESS, LLC was traveling westbound on W. Markham St. in the outside left turn lane. While making the left turn Plaintiff LILLIE BENTON's vehicle was struck on the right rear by Defendant LARRY MONTGOMERY, JR. as he proceeded to make the left hand turn southbound on S. University Ave. Defendant's negligence caused serious injuries and damages to Plaintiff, which will be described further herein.

7.        Plaintiff will show that the acts and/or omissions of negligence of Defendant LARRY MONTGOMERY, JR., as set out herein, separately and collectively, were the direct and proximate cause of the injuries and damages sustained by Plaintiff LILLIE BENTON. The acts and omissions of negligence among others are as follows:

a.        In failing to maintain a proper lookout; and

b.                    In failing to implement adequate safeguards to prevent the situation that
resulted in Plaintiff's damages.

> Each of these acts and omissions, taken singularly or in combination with others
> constitutes negligence and was the direct and proximate cause of the injuries and
> damages sustained by Plaintiff.

7.      At the time of the occurrence of the act in question and immediately prior thereto,
Defendant LARRY MONTGOMERY, JR. was within the course and scope of
employment for Defendant BENNETT MOTOR EXPRESS, LLC. At the time of
the occurrence of the act in question and immediately prior thereto, Defendant
LARRY MONTGOMERY, JR. was engaged in the furtherance of Defendant
BENNETT MOTOR EXPRESS, LLC's business.

8.      At the time of the occurrence of the act in question and immediately prior thereto,
Defendant LARRY MONTGOMERY, JR. was engaged in accomplishing a task
for which he was employed.

9.      Plaintiff invokes the doctrine of Respondeat Superior as against Defendant
BENNETT MOTOR EXPRESS, LLC.

10.     As a direct result of Defendants' negligence, Plaintiff LILLIE BENTON suffered
severe injuries to multiple parts of her body, namely to her cervical and lumbar
sprains/strains. Plaintiff LILLIE BENTON sought emergency care at a hospital in
the Little Rock area following the incident. Plaintiff LILLIE BENTON has
experienced physical pain and mental anguish in the past and will, in all
reasonable probability, continue to do so well into the future by reason of the
nature and severity of her injuries. Plaintiff has incurred reasonable medical

charges and expenses in the past for necessary medical treatment and will continue to incur medical charges and expenses in the future as a result of her injuries. Plaintiff has suffered mental anguish in the past and will continue to suffer mental anguish in the future as a result of her injuries.

I.          By reason of the above and foregoing injuries and damages, Plaintiff meets the minimal jurisdictional requirements of this Court.

II.         Plaintiff demands a trial by jury.

**WHEREFORE,** the Plaintiff prays that the Defendant be cited to appear and answer herein; that she be awarded past and future medical expenses; that she be compensated for her pain, suffering, and mental anguish; that she be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; and that she receive any and all other relief to which she may be justly entitled.

Respectfully submitted,

FLINT & SOYARS, P.C.
2821 Richmond Road
Texarkana, Texas 75503
Telephone: (903) 334-8928
Facsimile: (903) 334-8853

Bruce A. Flint
Arkansas Bar No. 98100
Texas Bar No. 071501100
Matthew Q. Soyars
Arkansas Bar No. 2003162
Texas Bar No. 24037534
**Attorneys for Plaintiff**