IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LILLIE BENTON                                                                                       PLAINTIFFS

v.                                            Case No. 1:14-cv-01047

LARRY MONTGOMERY JR.; and
BENNETT MOTOR EXPRESS, LLC                                                          DEFENDANTS

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice. (ECF No. 45). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 11th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge